**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Carrasco, | No. CV-14-01585-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Evangelical Lutheran Good Samaritan Society, et al., | |
| Defendants. | |

Defendant The Evangelical Lutheran Good Samaritan Society has filed a motion to dismiss. Doc. 4. The Court will deny the motion.

Defendant's motion does not cite a Federal Rule of Civil Procedure upon which dismissal could be granted. Instead of relying on Rule 12(b), Defendant argues that Plaintiff's complaint should be dismissed because she agreed to binding arbitration. Doc. 4 at 2. In support, Defendant cites facts outside of the pleadings, as does Plaintiff's response. The Court will not consider these facts. *See Arpin v. Santa Clara Valley Transp. Agency*, 261 F.3d 912, 925 (9th Cir. 2001) (refusing to consider matters outside the pleadings in deciding motion to dismiss the plaintiff's complaint). With the extra-pleading facts disregarded, the Court finds no basis in the motion for dismissing Plaintiff's claim.[1]

---

[1] Plaintiff asserts that the Court should treat Defendant's motion as one for summary judgment because the Court has been asked to consider matters outside the pleading. Doc. 5 at 1. But summary judgment is a merits determination and Defendant's argument does not address the merits of Plaintiff's complaint. The Court therefore will not convert Defendant's motion to one for summary judgment.

The Court will not construe Defendant's motion as a motion to compel arbitration because the motion does not seek that relief.

**IT IS ORDERED** that Defendant's motion to dismiss (Doc. 4) is **denied**.

Dated this 18th day of August, 2014.

_____
David G. Campbell
United States District Judge

- 2 -